**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEBASTIAN WILLIAMS, | |
| Petitioner, | |
| | Civil Action No. 08-1429 (GEB) |
| v. | |
| | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**BROWN, Chief Judge**

This matter comes before the Court upon the Petition of pro se Petitioner Sebastian Williams ("Petitioner") to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion"). (Doc. No. 1) The Court has reviewed the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Procedure 78. Having done so, for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 2nd day of July, 2010, hereby

ORDERED that Petitioner's petition for relief under 28 U.S.C. § 2255 is DENIED; (Doc. No. 1)

ORDERED that the Clerk of the Court mail a copy of this order and the accompanying memorandum opinion to Petitioner at his last known address via regular U.S. Mail;

ORDERED that the Clerk of the Court CLOSE this case.

                                                             /s/ Garrett E. Brown, Jr.
                                             GARRETT E. BROWN, JR., U.S.D.J.